# United States District Court
WESTERN DISTRICT OF WASHINGTON

ARTHUR LEE SMITH JR.

    v.

KELLY CUNNINGHAM

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5575FDB

☐    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation;

This petition is transferred to the Ninth Circuit Court of Appeals pursuant to Circuit Rule 22-3(a); and

This file should be administratively closed.

    February 4, 2010  
Date

    BRUCE RIFKIN  
Clerk

    *s/CM Gonzalez*  
Deputy Clerk